HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
RAYMUNDO ESCOBAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:25-CR-26-TLN |
|---|---|
| Plaintiff, | ) |
| vs. | ) **JOINT STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| John Parker, Veronica Brooks, Xavier Surita, RAYMUNDO ESCOBAR, Marcelino Escobar, & Devon Nelson Defendants. | ) Date:  April 10, 2025<br>) Time: 9:30 A.M.<br>) Judge: Hon. Troy L. Nunley, Chief District Judge |

IT IS HEREBY STIPULATED and agreed by and between Acting United States Attorney Michele Beckwith, through Assistant United States Attorney Emily Sauvageau, counsel for Plaintiff; John Parker, through counsel Tasha Chalfant; Veronica Brooks, through counsel Danica Mazenko; Xavier Surita, through counsel Olaf Hedberg; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Raymundo Escobar; Marcelino Escobar, through counsel Clemente Jiménez; and Devon Nelson, through counsel Phil Cozens, that the status conference, currently set for April 10, 2025, **may be continued to May 15, 2025, at 9:30 a.m.** with time between the dates excluded, as detailed below. The parties stipulate as follows:

1. A superseding indictment charging the above-listed defendants was filed on February 06, 2025.  Dkt. 58.

2. The government has produced approximately 1,500 items of discovery (which are a mix of documents and media files) to below-signed defense counsel, as well as additional discovery pertinent to each of their individual clients.

3. Undersigned defense counsel represent that they require additional time to investigate this case, conduct legal research, consult with their clients, explore potential resolutions, and otherwise prepare for trial.

4. Undersigned defense counsel believe that failure to grant the requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

5. The government does not object to the continuance.

6. The parties stipulate that the ends of justice served by granting the requested continuance outweighs the best interest of the public and the above-listed defendants in a speedy trial, and respectfully request the Court so to find.

7. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (the Speedy Trial Act), the parties request that the time period between April 10, 2025 and May 15, 2025 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T-4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial.

The parties therefore respectfully request this Court to adopt the parties' stipulation in its entirely as its Order.

*The remainder of this page is intentionally blank.  Signature blocks immediately follow.*

|   |   |   |
|---|---|---|
| 1 | | |
| 2 | | Respectfully submitted, |
| 3 | Date: April 7, 2025 | */s/ Tasha Chalfant* |
| 4 | | Attorney for Defendant JOHN KEVIN PARKER |
| 5 | Date: April 7, 2025 | */s/ Danica Mazenko* |
| 6 | | Attorney for Defendant VERONICA BROOKS |
| 7 | Date: April 7, 2025 | */s/ Olaf Hedberg* |
| 8 | | Attorney for Defendant XAVIER SURITA |
| 9 | | HEATHER E. WILLIAMS Federal Defender |
| 10 | | |
| 11 | Date: April 7, 2025 | */s/ Christina Sinha* CHRISTINA SINHA |
| 12 | | Assistant Federal Defender Attorneys for Defendant RAYMUNDO ESCOBAR |
| 13 | | |
| 14 | Date: April 7, 2025 | */s/ Clemente Jiménez* Attorney for Defendant MARCELINO ESCOBAR |
| 15 | | |
| 16 | Date: April 7, 2025 | */s/ Phil Cozens* Attorney for Defendant DEVON NELSON |
| 17 | | |
| 18 | Date: April 7, 2025 | MICHELE BECKWITH Acting United States Attorney |
| 19 | | |
| 20 | | */s/ Emily Sauvageau* EMILY SAUVAGEAU |
| 21 | | Assistant United States Attorney Attorneys for Plaintiff |

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: April 7, 2025

_____
Troy L. Nunley
Chief United States District Judge