TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
JOHN PARKER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN PARKER, <br><br> Defendant. | No. 2:25-cr-0026 TLN <br><br> STIPULATION REGARDING SETTING A CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney NICOLE VANEK, and the Defendant, JOHN PARKER, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1. By previous order, this matter was set for a status conference before Judge Daniel J. Calabretta on November 20, 2025, with time excluded under Local Code T4, to that date.

2. By this stipulation, the defendant now moves to advance this matter for a change of plea on September 25, 2025. Plaintiff does not oppose this request.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on

their behalf.

IT IS SO STIPULATED.

| | | | |
|---|---|---|---|
| Dated: September 15, 2025 | | by: | */s/Tasha Chalfant for*<br>NICOLE VANEK<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |
| Dated: September 15, 2025 | | by: | */s/Tasha Chalfant*<br>TASHA CHALFANT<br>Attorney for Defendant<br>JOHN PARKER |

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

The Court orders that the change of plea hearing be scheduled on September 25, 2025 at 9:00 a.m. and that the November 20, 2025 be vacated after execution of the change of plea.

IT IS SO FOUND AND ORDERED this 16th day of September, 2025.

Dated:  September 16, 2025                    /s/ Daniel J. Calabretta
                                              THE HONORABLE DANIEL J. CALABRETTA
                                              UNITED STATES DISTRICT JUDGE