TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JOHN KEVIN PARKER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN KEVIN PARKER, <br><br> Defendant. | No. 2:25-cr-00026 DJC <br><br> STIPULATION REGARDING CONTINUANCE OF SENTENCING AND NEW DISCLOSURE DATES; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney NICOLE VANEK, and the Defendant, JOHN KEVIN PARKER, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.     By previous order, this matter was set for a sentencing before Judge Daniel J. Calabretta on February 19, 2026, with time excluded under Local Code T4, to that date.

2.     By this stipulation, the defendant now moves to reset the sentencing from February 19, 2026 to March 26, 2026, and to reset the disclosure dates.

3.     The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER TO CONTINUE SENTENCING WITH NEW DISCLOSURE DATES

1

a.      According to the PSR disclosure dates, the draft PSR was timely filed. The informal objections are due on January 22, 2026.

b.      Counsel promptly arranged for the draft PSR to be mailed to Mr. Parker who is housed at the Yuba County Jail. Counsel continues to facilitate visits with Mr. Parker via Zoom at that facility.

c.      The draft PSR contained significant adjustments/additional specific offense characteristics above the estimated guidelines counsel contemplated in the plea agreement. A significant amount of effort needs to be expended in order to prepare the informal objections with Mr. Parker in light of these changes and the guidelines calculations.

d.       Counsel for the defendant requires additional time to thoroughly review the draft PSR with Mr. Parker, research and prepare informal objections, consult with her client and relevant experts/providers, and to discuss the consequences and the higher estimated advisory guidelines.

e.      Counsel also has had a family emergency which requires her to travel out-of-state this week.

f.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

g.      The government and probation do not object to the continuance.

h.      Based on the above, the defense requests the following new sentencing date along with new disclosure dates:

Judgment and Sentencing:                 March 26, 2026

Reply, or Statement of Non-Opposition:     March 19, 2026

Formal Objections to the PSR:             March 12, 2026

STIPULATION AND ORDER TO CONTINUE SENTENCING WITH NEW DISCLOSURE DATES

Final PSR:                                March 5, 2026

Counsel's Informal Objections:          February 26, 2026

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  January 21, 2026          by:    */s/Tasha Chalfant for*_____
                                         NICOLE VANEK
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

Dated:  January 21, 2026          by:    */s/Tasha Chalfant*_____
                                         TASHA CHALFANT
                                         Attorney for Defendant
                                         JOHN KEVIN PARKER

STIPULATION AND ORDER TO CONTINUE SENTENCING WITH NEW DISCLOSURE DATES

**O R D E R**

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for February 19, 2026 be continued to March 26, 2026, along with the following new disclosure dates:

| | |
|---|---|
| Judgment and Sentencing: | March 26, 2026 |
| Reply, or Statement of Non-Opposition: | March 19, 2026 |
| Formal Objections to the PSR: | March 12, 2026 |
| Final PSR: | March 5, 2026 |
| Counsel's Informal Objections: | February 26, 2026 |

IT IS SO FOUND AND ORDERED this 21st day of January 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE