TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail: tashachalfant@gmail.com

Attorney for Defendant
JOHN KEVIN PARKER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHN KEVIN PARKER, )<br>)<br>Defendant. )<br>) | No. 2:25-cr-00026 DJC<br><br>STIPULATION REGARDING<br>CONTINUANCE OF SENTENCING;<br>FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney NICOLE VANEK, and the Defendant, JOHN KEVIN PARKER, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.    By previous order, this matter was set for a sentencing before Judge Daniel J. Calabretta on March 26, 2026, with time excluded under Local Code T4, to that date.

2.    By this stipulation, the defendant now moves to reset the sentencing from March 26, 2026 to April 16, 2026, at 9:00 a.m.

3.    The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER TO CONTINUE SENTENCING

1

a.       According to the PSR disclosure dates, all dates have all been satisfied.

b.       Counsel promptly arranged for the draft and final PSRs to be mailed to Mr. Parker who is housed at the Yuba County Jail. Counsel continues to facilitate visits with Mr. Parker via Zoom at that facility.

c.       Counsel for the defendant requires additional time to thoroughly review the PSR with Mr. Parker, research and prepare for sentencing, consult with her client and relevant experts/providers, and to discuss the consequences and the higher estimated advisory guidelines.

d.       Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e.       The government and probation do not object to the continuance.

f.       Based on the above, the defense requests the following new date:

Judgment and Sentencing:                 April 16, 2026, at 9:00 a.m.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  March 20, 2026                 by:      /s/Tasha Chalfant for
                                                JUSTIN LEE
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

Dated:  March 20, 2026                 by:      /s/Tasha Chalfant
                                                TASHA CHALFANT
                                                Attorney for Defendant
                                                JOHN KEVIN PARKER

STIPULATION AND ORDER TO CONTINUE SENTENCING

2

**O R D E R**

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for March 26, 2026, be continued to April 16, 2026.

IT IS SO FOUND AND ORDERED this 20th day of March, 2026.

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE