TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JOHN KEVIN PARKER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JOHN KEVIN PARKER, <br><br> Defendant. | No. 2:25-cr-00026 DJC <br><br> STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorney NICOLE VANEK, and the Defendant, JOHN KEVIN PARKER, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.      By previous order, this matter was set for a sentencing before Judge Daniel J. Calabretta on April 16, 2026, with time excluded under Local Code T4, to that date.

2.      By this stipulation, the defendant now moves to reset the sentencing from April 16, 2026 to June 25, 2026.

3.      The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER TO CONTINUE SENTENCING

1

a.     According to the PSR disclosure dates, all dates have all been satisfied.

b.      Counsel for the defendant requires additional time to obtain a second opinion appointment for Mr. Parker. Counsel will then need time to research and prepare for sentencing, consult with her client and relevant experts/providers, and to discuss the case.

c.     Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.     The government and probation do not object to the continuance.

e.     Based on the above, the defense requests the following new date:

Judgment and Sentencing:                    June 25, 2026

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  April 10, 2026                    by:     _/s/Tasha Chalfant for_____
                                                   NICOLE VANEK
                                                   Assistant U.S. Attorney
                                                   Attorney for Plaintiff

Dated:  April 10, 2026                    by:     _/s/Tasha Chalfant_____
                                                   TASHA CHALFANT
                                                   Attorney for Defendant
                                                   JOHN KEVIN PARKER

STIPULATION AND ORDER TO CONTINUE SENTENCING

2

**O R D E R**

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for April 16, 2026, be continued to June 25, 2026.

IT IS SO FOUND AND ORDERED.

Dated:  April 10, 2026                          /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE