TASHA PARIS CHALFANT (SBN 207055)
TASHA PARIS CHALFANT LAW PC
13620 Lincoln Way, Suite 325
Auburn, California 95603
Tel. (916) 444-6100
Fax (916) 930-6093
E-mail:  tashachalfant@gmail.com

Attorney for Defendant
JOHN KEVIN PARKER

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>JOHN KEVIN PARKER,<br><br>          Defendant. | No. 2:25-cr-00026 DJC<br><br>STIPULATION REGARDING CONTINUANCE OF SENTENCING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record Assistant United States Attorneys JUSTIN LEE and NICOLE VANEK, and the Defendant, JOHN KEVIN PARKER, by and through his counsel of record TASHA PARIS CHALFANT, hereby stipulate and request that the Court make the following findings and Order as follows:

1.      By previous order, this matter was set for a sentencing before Judge Daniel J. Calabretta on June 25, 2026, with time excluded under Local Code T4, to that date.

2.      By this stipulation, the defendant now moves to vacate the sentencing on June 25, 2026, and set the matter for a status of sentencing on July 30, 2026.

3.      The parties agree and stipulate, and request that the Court find the following:

STIPULATION AND ORDER TO CONTINUE SENTENCING

1

a.      According to the PSR disclosure dates, all dates have all been satisfied except filing of the sentencing memorandum.

b.      Counsel for the defendant recently obtained a second opinion appointment for Mr. Parker. Based on that, counsel needs time to have new counsel appointed for Mr. Parker and research conducted of potential motions. Counsel for the defendant will need time to prepare and consult with Mr. Parker.

c.      Counsel for the defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d.      The government and probation do not object to the continuance.

e.      Based on the above, the defense requests the matter be set for a status of sentencing on July 30, 2026.

All counsel has reviewed this proposed order and authorized Tasha Chalfant to sign it on their behalf.

IT IS SO STIPULATED.

Dated:  June 22, 2026                    by:     */s/Tasha Chalfant for*
                                                 JUSTIN LEE
                                                 NICOLE VANEK
                                                 Assistant U.S. Attorney
                                                 Attorney for Plaintiff

Dated:  June 22, 2026                    by:     */s/Tasha Chalfant*
                                                 TASHA CHALFANT
                                                 Attorney for Defendant
                                                 JOHN KEVIN PARKER

STIPULATION AND ORDER TO CONTINUE SENTENCING

2

**O R D E R**

Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court orders that the sentencing currently scheduled for June 22, 2026, be set for a status of sentencing on July 30, 2026, at 9:00 a.m.

IT IS SO FOUND AND ORDERED this 23rd day of June, 2026.


/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE