LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
JOHN PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN PARKER,<br><br>Defendant. | Case No.: 2:25-cr-026 DJC<br><br>ORDER TO CONTINUE STATUS AS TO SETTING SENTENCING HEARING<br><br>Court: Hon. Daniel J. Calabretta<br>Date: September 24, 2026 |

This matter is currently set for a Status as to the Setting of a Sentencing Hearing on September 24, 2026. Present defense counsel substituted into the case in early July 2026 after a potential conflict developed between Mr. Parker and his prior counsel regarding matters related to his sentencing. Defendant is being held at the Yuba County Jail in Marysville. Present defense counsel has been meeting with Mr. Parker and reviewing the discovery materials in an

effort to prepare for the sentencing hearing and related motions.

Defense counsel did not receive the full discovery materials released by the government. He has requested additional materials and is conducting investigation related to Mr. Parker's sentencing request. The defense therefore requests to continue the Status as to Sentencing to October 29, 2026, to facilitate discovery review and complete defense investigation before setting a Sentencing Hearing and modified Motion for Correction schedule. The government does not oppose the request.

The defense believes that the relatively recent substitution of counsel into this matter constitutes good cause for the request. The parties anticipate setting a new Sentencing Hearing on or before October 29, 2026.

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial. Assistant U.S. Attorney Nicole Vanek has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: September 21, 2026

By *__/s/ Todd D. Leras for__*
NICOLE VANEK
Assistant United States Attorney

DATED: September 21, 2026

By *__/s/ Todd D. Leras__*
TODD D. LERAS
Attorney for Defendant
JOHN PARKER

**ORDER**

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Status of Sentencing Hearing, set for September 24, 2025, is vacated. A Status Conference as to Scheduling of a Sentencing Hearing is set for October 29, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: September 21, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE