LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
JOHN PARKER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>JOHN PARKER,<br>Defendant. | Case No.: 2:25-cr-00026 DJC-2<br><br>ORDER TO CONTINUE STATUS AS TO SETTING SENTENCING HEARING<br><br>Court: Hon. Daniel J. Calabretta<br>Date: October 29, 2026 |

This matter is currently set for a Status as to the Setting of a Sentencing Hearing on October 29, 2026. Present defense counsel substituted into the case in early July 2026 after a potential conflict developed between Mr. Parker and his prior counsel regarding matters related to his sentencing.

Defendant is being held at the Yuba County Jail in Marysville. Present defense counsel

has been meeting with Mr. Parker and reviewing available materials to prepare for the sentencing hearing, including research and discussion of potential post-guilty plea motions.

During this review, defense counsel discovered that he did not receive the full discovery materials released by the government to his predecessor. He requested that the government reproduce and release the full set of previously produced discovery materials. On October 16, 2026, the government reproduced and released approximately 500 pages of missing reports (and associated native audio/video files). Current counsel needs additional time to review these materials and discuss them with Mr. Parker before selecting a Sentencing Hearing date.

The defense therefore requests to continue the Status as to Sentencing to December 3, 2026. This request is made to facilitate substitute counsel's ability to complete legal research and client discussions as a necessary prerequisite to setting a Sentencing Hearing and modified Motion for Correction schedule. The government does not oppose the request.

The defense believes that providing a reasonable opportunity for substitute counsel to review missing portions of previously-released discovery materials constitutes good cause for the request. The parties anticipate setting a new Sentencing Hearing, now that the government has released a full set of discovery materials to substitute counsel, on or before December 3, 2026.

The request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. The government does not oppose the request because the procedural posture of the case does not impact on the public's interest in a speedy trial. Assistant U.S. Attorney Nicole Vanek has authorized Todd D. Leras via email to sign this stipulation on his behalf.

DATED: October 26, 2026

By *__/s/ Todd D. Leras for__*
NICOLE VANEK
Assistant United States Attorney

DATED: October 26, 2026

By */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
JOHN PARKER

**ORDER**

GOOD CAUSE APPEARING BASED ON THE REPRESENTATIONS OF DEFENSE COUNSEL, the Status of Sentencing Hearing, set for October 29, 2026, is vacated. A Status Conference as to Scheduling of a Sentencing Hearing is set for December 3, 2026, at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 26, 2026

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE